IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02448-LTB-MEH

ROSEMARY NIKKEL,

    Plaintiff,

v.

ALTERNATIVE REVENUE SYSTEMS, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 2, 2011.**

    Plaintiff's Unopposed Motion to Vacate Scheduling Conference [filed January 27, 2011; docket #12] is **denied as moot**.  The Scheduling Conference was vacated upon termination of this case on January 19, 2011.