## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No.  10-cv-02448-LTB-MEH

ROSEMARY NIKKEL,

       Plaintiff,

v.

ALTERNATIVE REVENUE SYSTEMS, INC.,

       Defendant.

_____

## ORDER
_____

THIS MATTER having come before the Court on the Stipulation to Vacate the Judgment and Dismiss Case With Prejudice Pursuant to Settlement (Doc 23 - filed April 12, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

IT IS FURTHER ORDERED that the Judgment entered January 19, 2011 (Doc 11) is VACATED.

IT IS FURTHER ORDERED that the Motion for Attorney Fees and Costs (Doc 15 - filed February 2, 2011) is DENIED AS MOOT.

                                    BY THE COURT:


                                    ___s/Lewis T. Babcock_____
                                    Lewis T. Babcock, Judge

DATED:   April 13, 2011